UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:19-cr-0272-JRS-TAB |
| | ) | |
| KENNETH M. TAYLOR, | ) | - 03 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On December 12, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 27, 2022. [Dkt. 134.] Defendant Taylor appeared in person with his appointed counsel Jonathan Bont. The government appeared by James Warden, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer James Thomas.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Taylor of his rights and ensured he had a copy of the Petition. Defendant Taylor orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Taylor admitted violation number 1 as set forth in the Petition. [Docket No. 134.] Government orally moved to withdraw the remaining violation, which motion was granted by the Court; violation number 2 was dismissed.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."** |
| | Since Mr. Taylor's supervision commenced, he has been unwilling to obtain employment. |

4. The Court finds that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is I.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 3 to 9 months' imprisonment.

5. The parties jointly recommended a modification to include community service and one (1) additional year of supervised release.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in violation nop. 1 of the Petition, and recommends that the terms of Defendant's supervised release [Dkt. 119 at 3-4] be MODIFIED as follows:

**SUPERVISED RELEASE**

Upon release from imprisonment, the defendant shall be on supervised release for a term of two (2) years.

\*   \*   \*

**CONDITIONS OF SUPERVISION**

\*   \*   \*

15. If unemployed, you will perform up to 20 hours of community service per week. The probation officer shall supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You shall provide written verification of completed hours to the probation officer.

All other terms of Defendant's supervised release [Dkt. 119 at 3-4] remain in effect.

Defendant was released pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 13 DEC 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system